

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                                | §   | No. 08-14-00137-CR        |
| IN RE: GARY EUGENE SIMS,       | §   | AN ORIGINAL PROCEEDING    |
| Relator.                       | §   | ON PETITION FOR WRIT OF   |
|                                | §   | MANDAMUS                  |

**J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Judge of the 282nd District Court of Dallas County, Texas, and concludes that Relator's petition for writ of mandamus should be dismissed for lack of jurisdiction. We therefore dismiss the petition for writ of mandamus for lack of jurisdiction, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 14TH DAY OF MAY, 2014.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.